FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Cadence Pharmaceuticals Inc, et al. v. Exela Pharma Sciences, LLC et al.

No. 14-1184

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Exela Pharma Sciences LLC, et al.
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: C. Edward Polk, Jr.
Law firm: Polk & Chintapalli PLLC
Address: 43010 Janneys Corner Court
City, State and ZIP: Ashburn, Virginia 20148
Telephone: 703-989-5397
Fax #: 703-729-3279
E-mail address: epolk@pclawpllc.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): December 10, 2007

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

1-9-14                              /s/ (signature)
Date                                Signature of pro se or counsel

cc: Jack Blumenfeld, Esq. and Steve Swinton, Esq.

**Additional parties:**

Exela PharmSci Inc.

Exela Holdings, Inc.