14-1184

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CADENCE PHARMACEUTICALS INC., SCR PHARMATOP,

Plaintiffs-Appellees,

v.

EXELA PHARMSCI INC., EXELA HOLDINGS INC.,
EXELA PHARMA SCIENCES LLC,

Defendants-Appellants.

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE IN 11-CV-00733,
JUDGE LEONARD P. STARK

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE
DEFENDANTS-APPELLANTS' OPENING BRIEF**

JEFFREY S. WARD
WENDY M. WARD
MERCHANT & GOULD PC
10 East Doty Street, Suite 600
Madison, WI 53703
(608) 280-6750

CLARENCE EDWARD POLK, JR.
POLK & CHINTAPALLI PLLC
43010 Janneys Corner Court
Ashburn, VA 20148
(703) 989-5397

Attorneys for Defendants-Appellants

February 13, 2014

Pursuant to Rule 26(b) of the Federal Circuit Rules, Defendants-Appellants Exela Pharmsci Inc., Exela Holdings Inc., and Exela Pharma Sciences LLC, ("Exela") respectfully request a thirty day extension of time to and including March 27, 2014, within which to file their opening brief.  Appellants' brief is currently due on February 25, 2014.

This is Appellants' first request for an extension of time to file its opening brief.

Counsel for Appellants contacted counsel for Plaintiffs-Appellees Cadence Pharmaceuticals, Inc. ("Cadence") and SCR Pharmatop ("Pharmatop") regarding the proposed extension of time, and counsel for Cadence and Pharmatop indicated that their clients agree to the proposed extension.

As set forth in the accompanying declaration of Jeffrey S. Ward, good cause exists for this extension.

Dated: February 13, 2014

        /s/ *Jeffrey S. Ward*
           Jeffrey S. Ward
           Wendy M. Ward
           MERCHANT & GOULD PC
           10 East Doty Street, Suite 600
           Madison, WI 53703
           (608) 280-6750

Clarence Edward Polk, Jr.
POLK & CHINTAPALLI PLLC
43010 Janneys Corner Court
Ashburn, VA 20148
(703) 989-5397

*Attorneys for Defendants-Appellants*